■ The People of the State of New York, Respondent, v William Nieves, Appellant.—Judgment, Supreme Court, New York County, rendered on March 3, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.

■ The People of the State of New York, Respondent, v Archie Cavelli, Appellant.—Judgment, Supreme Court, New York County, rendered on June 23, 1978, an order of said court entered on October 24, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.

■ The People of the State of New York, Respondent, v Pedro Modesto, Appellant.—Judgment, Supreme Court, New York County, rendered on January 25, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sandler, J. P., Sullivan, Lupiano, Silverman and Ross, JJ.

■ Charles Mendelson, Individually and on Behalf of All Others Similarly Situated, Appellant, v City of New York et al., Respondents—Order, Supreme Court, New York County, entered on August 4, 1978, unanimously affirmed for the reasons stated by Shainswit, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Fein, Bloom, Lane and Markewich, JJ.

■ Bruan, Gordon, Morse & Co., Inc., Appellant v Wender, Murase & White, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 14, 1978, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Appeal from order of said court entered on August 31, 1978, dismissed as subsumed in the judgment, without costs and without disbursements. No opinion. Concur—Birns, J. P., Fein, Bloom, Lane and Markewich, JJ.